John Lee MORRIS, Sr., Plaintiff–
Appellant,

v.

NORTH CAROLINA COURT OF AP-
PEALS; NC Supreme Court; NC Bu-
reau of Investigation; Bill Weis; Gil
Whitford; Rick Sims, Defendants–Ap-
pellees.

No. 02–1620.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 19, 2002.

John Lee Morris, Sr., Appellant Pro Se.

Before NIEMEYER, LUTTIG, and
WILLIAMS, Circuit Judges.

PER CURIAM:

John Lee Morris, Sr., appeals the dis-
trict court's order dismissing his 42 U.S.C.
§ 1983 (2000) complaint as frivolous. We
have reviewed the record and the district
court's opinion accepting the magistrate
judge's recommendation and we affirm on
the reasoning of the district court. *See
Morris v. N.C. Court of Appeals,* No. CA–
02–327 (M.D.N.C. May 22, 2002). We fur-
ther deny Morris' motions for payment of
$35,000 from the North Carolina Supreme
Court for falsification of the record; for
payment of $35,000 from the North Car-
olina Court of Appeals for falsification of
the record; for replacement of Bibles in
every courthouse with dictionaries and the
return of the Bibles to the schools; to
amend his actions upon Jan Taylor & Ei-
sai, Inc., and Mike Jones & the Budd
Group; and for suspension of rules pursu-
ant to Fed. R.App. P. 2. We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*